IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |   | |
|---|---|---|---|
| **KEYSTONE AUTOMOTIVE INDUSTRIES, INC.** | : | | |
| | : | | |
| v. | : | **CIVIL ACTION NO. 21-0780** | |
| | : | | |
| **ANTHONY J. GORGONE and TG AUTOMOTIVE LLC, ET AL.** | : | | |

## ORDER

This 29th day of October, 2021, it is hereby **ORDERED** that Plaintiff's Motion to Compel Arbitration of Defendants' Counterclaim (ECF 23) is **GRANTED**. Defendants' counterclaim is severed and **STAYED** pending resolution of arbitration.

                                                 /s/ Gerald Austin McHugh
                                                 United States District Judge